FILED
01 AUG 23 AM 8:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
AUG 23 2001

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER WATTS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 01-H-1510-W |
| MR. ALTON TAGGART, | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 25, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 23rd day of August, 2001.

JAMES H. HANCOCK
SENIOR UNITED STATES DISTRICT JUDGE

